UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUN 11 2024 PM4:21
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

HORUS SAMUEL MARQUEZ VILLATORO

CASE NO. 8:24-cr-264-RAL-AEP
8 U.S.C. § 1326(a)
(Illegal Re-Entry by Deported Alien)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about January 23, 2024 in the Middle District of Florida, the defendant,

HORUS SAMUEL MARQUEZ VILLATORO

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Illegal Re-Entry by Deported Alien, on or about January 30, 2019, and

2. Illegal Re-Entry by Deported Alien, on or about December 11, 2018,

and was thereafter deported, excluded, and removed from the United States on or about December 21, 2018, and March 29, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a), (b)(1).

A TRUE BILL,

███████████
_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Lindsey Schmidt
Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

HORUS SAMUEL MARQUEZ VILLATORO

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

███████████████████████████

Foreperson

Filed in open court this 11th day of June 2024.

_C. Nawes_
Clerk

Bail $ _____

GPO 863 525